**Sharon K. BOOTHE, Plaintiff–Appellant,**

**v.**

**Michael J. ASTRUE, Commissioner of Social Security Administration, Defendant–Appellee.**

**No. 09–1546.**

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 18, 2009.

Filed: Jan. 15, 2010.

Evelyn Elizabeth Brooks, Tolley & Brooks, Fayetteville, AR, James H. Green, Kansas City, MO, for Plaintiff–Appellant.

Claude Shackelford Hawkins, Jr., U.S. Attorney's Office, Fort Smith, AR, Kendall Rees, Assistant Regional Counsel, Social Security Administration, Office of General Counsel Region VI, Dallas, TX, for Defendant–Appellee.

Before LOKEN, Chief Judge, BENTON, Circuit Judge, and VIKEN,[1] District Judge.

---

1. The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.

1. The Honorable Jeffrey L. Viken, United States District Judge for the District of South Dakota, sitting by designation.

712

PER CURIAM.

Sharon K. Boothe appeals the district court's[2] order affirming the denial of disability insurance benefits for the period from July 15, 2000 until December 31, 2002. *See Boothe v. Astrue,* No. 08–5007, 2009 WL 117565 (W.D.Ark. Jan. 16, 2009). Having conducted a de novo review of the relevant record and considered Boothe's arguments for reversal, *see Davidson v. Astrue,* 578 F.3d 838, 841–42 (8th Cir.2009) (standard of review), the court agrees with the district court that substantial evidence in the whole record supports the administrative law judge's decision, and no error of law appears. The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

---

**2.** The Honorable James M. Marschewski, United States Magistrate Judge for the Western District of Arkansas, sitting with the consent of the parties pursuant to 28 U.S.C. § 636(c).